NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC., WARNER-LAMBERT COMPANY LLC, AND C.P. PHARMACEUTICALS INTERNATIONAL C.V.,**
*Plaintiffs-Appellees,*

AND

**NORTHWESTERN UNIVERSITY,**
*Plaintiff-Appellee,*

v.

**TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellants,*

AND

**LUPIN, LTD. AND LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellants,*

AND

**ACTAVIS, INC. AND ACTAVIS ELIZABETH, LLC,**
*Defendants-Appellants,*

AND

**COBALT LABORATORIES, INC. AND COBALT PHARMACEUTICALS, INC.,**
*Defendants-Appellants,*

AND

**SUN PHARMA GLOBAL, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., AND SUN PHARMACEUTICAL INDUSTRIES, INC.,**
*Defendants-Appellants,*

AND

**WOCKHARDT LIMITED AND WOCKHARDT USA, LLC,**
*Defendants-Appellants,*

AND

**ALPHAPHARM PTY. LTD. AND MYLAN PHARMACEUTICALS, INC.,**
*Defendants-Appellants.*

———————

2012-1576, -1601, -1602, -1603, -1604, -1605, -1607

———————

Appeals from the United States District Court for the District of Delaware in consolidated No. 09-CV-0307, Chief Judge Gregory M. Sleet.

———————

**ON MOTION**

———————

Before LOURIE, *Circuit Judge*.

**O R D E R**

Alphapharm Pty. Ltd., Mylan Pharmaceuticals Inc., Lupin, Ltd., Lupin Pharmaceuticals, Inc., Teva Pharma-

ceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. ("Movants") move without opposition for leave to submit a separate reply brief in support of the appeal of the judgment regarding the validity of U.S. Patent RE 41,920.

Upon consideration thereof,

IT IS ORDERED THAT:

Movants' motion is granted. The brief addressing the appeal of the judgment regarding the validity of U.S. Patent RE 41,920 is accepted as filed.

                              FOR THE COURT

                              /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk

s23